R 

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

# Civil Cover Sheet

FILED
JUN 1 8 2008  NF
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** MIGUEL BUSTAMANTE

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Christina M. Egan
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Miguel Bustamante
#14995-424
Big Springs
3711 Wright Avenue
Big Springs, TX 79720

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV3508
JUDGE HOLDERMAN
MAGISTRATE JUDGE SCHENKIER

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham    **Date:** 06/18/2008

Holderman  02 CR 719-18
Schenkier