# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3508; 02 CR 719 -18 | **DATE** | 7/8/2008 |
| **CASE TITLE** | United States of America vs. Bustamante; United States of America vs. Corral, *et al.* | | |

**DOCKET ENTRY TEXT**

Miguel Bustamante's § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Dkt. No. 1; Case No. 08 C 3508] is entered and continued. The government is to file its response on or before July 22, 2008. Bustamante's reply is due August 15, 2008. Because there is no filing fee for a § 2255 proceeding, Bustamante's motion to proceed *in forma pauperis* [Dkt. No. 3; Case No. 08 C 3508] is denied as moot. *See* Rule 3 of the Rules Governing § 2255 Proceedings, Advisory Committee Notes.

To the extent Bustamante's Motion for Appointment of Counsel filed in case number 02 CR 719 -18 [Dkt. No. 643; Case No. 02 CR 719 -18] is deemed applicable to Bustamante's pending § 2255 motion, Bustamante's motion for appointment of counsel is denied. At this point in the proceedings, Bustamante has demonstrated sufficient ability to articulate his legal and factual arguments before the court without the assistance of counsel.

Notices mailed.

| | Courtroom Deputy Initials: | A.M.M. |
|---|---|---|