IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE NORTHERN DISTRICT OF
(ILLINOIS)

JUL 1 0 2008

Jul 10. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MIGUEL BUSTAMANTE,

    Movant,

VS.

UNITED STATES OF AMERICA,

    Plaintiff.

Case No. 08CV3508
Case No. 02-CR-1018-8
Hon. Geraldine Soat Brown

## PETITION TO RECEIVE FREE COPIES OF RECORDS IN CASE NO. 02-CR-1018-8

**COMES NOW,** MIGUEL BUSTAMANTE, the Movant, who pro-se, respectfully this Petition to Receive FREE Copies of all Records in the case No. 02-CR-1018-8. Movant is seeking free of charge the copies for the preliminary hearing transcripts of October 25, 2002 and of October 28, 2002. Where the hearings were before the Honorable Magistrate Judge Geraldine Soat Brown.

Movant, requests the copies of the mentioned preliminary hearing transcripts because he needs them for his filing of his 28 U.S.C. § 2255 motion that he has filed with this Court. Movant needs the transcripts to further introduce as evidence of the proceedings to what he is claiming in his § 2255 motion. Movant has previously requested the copies for the October 28, 2002 hearing in the above mentioned case from his former counsel Mr.Frederick F. Cohn, where he had sent counsel the copy he had ordered from the Court before. But counsel has plainly ignored movant's requests.

Movant is requesting the copies of the preliminary hearing transcripts free of charge being movant is indigent and cannot afford to order them.

Movant had previously ordered transcripts from case no. 02cr719-18 from the Court and the Court granted movant's motion to receive the copies , but only from case no. 02crr719-18 was granted being that there were two different Cases.

Movant's 28 U.S.C. § 2255 motion is based on the ineffective assistance of counsel and therefore he needs these transcripts for such use and to present to this Court in favor of his arguments.

Wherefore, movant, prays that this Honorable Court will grant his petition and order that the transcripts movant requests be provided.

Date: 08/06/2008.

Respectfully submitted,

Miguel Bustamante

Miguel Bustamante, Pro-Se
Reg. No. 14995-424
Big Spring Correctional Center
3700 Wright Avenue
Big Spring, Texas 79720

2

## CERTIFICATE OF SERVICE

I, Miguel Bustamante, swaer under penalty of perjury that I have served a copy of the attached documents on: **Christina Egan, Assistant United States Attorney, 219 South Dearborn Street, Room 500, Chicago, Illinois 60604** by placing it in the mail depository at the **Big Spring Correctional Center** on this **6th** day of July, 2008.

Respectfully submitted,

Miguel Bustamante, Pro-Se
Reg. No. 14995-424
Big Spring Correctional Center
3700 Wright Avenue
Big Spring, Texas 79720